UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAN ZHENG,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**JOSEPH MAROUN, JR., ET AL.,**<br><br>   Defendants. | Case No. 4:21-cv-07925-YGR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO EFFECT SERVICE OF PROCESS, AND VACATING CASE MANAGEMENT CONFERENCE** |

Plaintiff Ran Zheng filed this action on October 8, 2021. (Dkt. No. 1.) "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). More than 90 days have elapsed, and plaintiff has not filed proof of service of process on any of the defendants. Accordingly, plaintiff is **ORDERED TO SHOW CAUSE**, in writing and on or before **February 4, 2022**, why this case should not be dismissed without prejudice under Rule 4(m). The case management conference set for January 24, 2022 is hereby **VACATED**.

   **IT IS SO ORDERED.**

Dated: **January 20, 2022**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**